UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAS AMERICAS IMMIGRANT
ADVOCACY CENTER, *et al.*,

    Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

    Defendants.

No. 1:24-cv-1702

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the Plaintiff.

June 12, 2024

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel: (202) 601-4266
aspitzer@acludc.org