UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Civil Action No. 1:24-cv-1702<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF MELISSA M. ROOT for Plaintiffs LAS AMERICAS IMMIGRANT ADVOCACY CENTER and REFUGEE AND ASLYUM CENTER FOR EDUCATION AND LEGAL SERVICES** |

Pursuant to Local Civil Rule 83.2(e), I respectfully move for the admission, *pro hac vice*, of Melissa M. Root as counsel for Plaintiffs Las Americas Advocacy Center and the Refugee and Asylum Center for Education and Legal Services. A declaration from Mr. Fox and two Certificates of Good Standing are submitted in support of this motion. A proposed order is also attached for the Court's consideration.

DATED: June X, 2024

JENNER & BLOCK LLP

By: /s/ Lindsay Harrison
    Lindsay Harrison (D.C. Bar No. 977407)
    JENNER & BLOCK LLP
    1099 New York Avenue, NW
    Suite 900
    Washington, DC 20001
    T: 202-639-6000

    *Attorney for Plaintiffs*