# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Education, do hereby certify that

### MELISSA MEGAN ROOT

is a member of the bar of the Supreme Court of Indiana since admission on __October 20, 2003__, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __14th__ day of __June__, 20__24__.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court