# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.* <br><br> Defendants. | Civil Action No. 1:24-cv-1702 <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MELISSA M. ROOT** |

Upon consideration of the Motion for Admission Pro Hac Vice of Melissa M. Root as Counsel for Plaintiffs LAs Americas Immigrant Advocacy Center and Refugee and Aslyum Center for Education and Legal Services it is hereby **ORDERED** that the Motion is **GRANTED**.

DATED: _____  _____

Honorable
United States District Judge

1