AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Las Americas Immigrant Advocacy Center, et. al
*Plaintiff*

v.

Department of Homeland Security, et. al
*Defendant*

Case No. 24-cv-01702

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 6/21/2024

*/s/ Matthew E. Price*
*Attorney's signature*

Matthew E. Price        996158
*Printed name and bar number*

Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
*Address*

Mprice@jenner.com
*E-mail address*

(202) 639-6873
*Telephone number*

(202) 639-6066
*FAX number*