AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Las Americas Immigrant Advocacy, et al. )
*Plaintiff* )
v. )  Case No. 24-cv-01702
Department of Homeland Security, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 06/21/2024

*Melissa Root*
*Attorney's signature*

Melissa M. Root - 06288246
*Printed name and bar number*

Jenner & Block, LLP, 353 N. Clark St., Chicago, IL 60654
*Address*

mroot@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*