AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

Case No.    1:24-cv-01702

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs                                                                                      .

Date:      06/24/2024

s/ Keren Hart Zwick
*Attorney's signature*

Keren Zwick (D.D.C. Bar No. IL0055)
*Printed name and bar number*
National Immigrant Justice Center
111 W. Jackson Blvd. Suite 800
Chicago, Illinois 60604

*Address*

kzwick@immigrantjustice.org
*E-mail address*

(312) 660-1364
*Telephone number*

(312) 660-1505
*FAX number*