AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Homeland Security, et al. )<br>*Defendant* ) | Case No. 1:24-cv-01702 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, U.S. Department of Homeland Security, et al.

Date: 06/28/2024

/s/ Christina P. Greer
*Attorney's signature*

Christina P. Greer (OH 91139)
*Printed name and bar number*

Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
*Address*

Christina.P.Greer@usdoj.gov
*E-mail address*

(202) 598-8770
*Telephone number*

*FAX number*