**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:24-cv-01702 |

## STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING

The parties have met and conferred and have agreed to an expedited briefing schedule in this case. The parties propose the following schedule for proceedings in this case.

1. Plaintiffs intend to file an amended complaint that will add additional plaintiffs no later than July 12, 2024. Plaintiffs represent that no new counts or legal claims will be made in the amended complaint.

2. The parties stipulate to the following schedule and deadlines for proceedings following the filing of the amended complaint:

   a. July 12, 2024: Defendants produce Administrative Records for the rule and guidance.

   b. July 19, 2024: If any objections to the Administrative Records exist and remain unresolved, the parties shall file a joint status report concerning how to proceed, including what disputes remain, what briefing may be necessary to resolve those disputes, a schedule for that briefing, and the parties' positions on whether the record disputes must be resolved before merits briefing occurs.

   c. July 26, 2024: Plaintiffs' motion for summary judgment, up to 45 pages.

   d. August 16, 2024: Defendants' cross motion for summary judgment and opposition, up

1

   to 65 pages.

  e. August 26, 2024: Plaintiffs' opposition and reply, up to 45 pages.

  f. September 10, 2024: Defendants' reply, up to 25 pages.

3. The parties consent to the filing of amicus briefs, provided that they are filed no later than July 28, 2024, if filed in support of Plaintiffs, and August 18, 2024, if filed in support of Defendants.

4. The parties agree that all claims can proceed directly to summary judgment absent future agreement.

5. The parties agree that Defendants' deadline to file a responsive pleading, including an answer, is stayed.

6. If the Court believes oral argument is necessary, the parties respectfully request that the Court schedule a hearing at its earliest convenience.  Plaintiffs make this request in light of the statutory directive that systemic challenges to the expedited removal system be expedited. *See* 8 U.S.C. § 1252(e)(3)(D) ("Expeditious consideration of cases. It shall be the duty of the District Court, the Court of Appeals, and the Supreme Court of the United States to advance on the docket and to expedite to the greatest possible extent the disposition of any case considered under this paragraph.").

Dated: June 28, 2024       Respectfully submitted,

                /s/ Lindsay Harrison
                Lindsay Harrison
                JENNER & BLOCK LLP
                1099 New York Avenue, NW
                Suite 900
                Washington, DC 20001
                T: 202-639-6000
                lharrison@jenner.com

                *Attorney for Plaintiffs*

/s/ Christina P. Greer
Christina P. Greer
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorney for Defendants*

SO ORDERED.

_____
RUDOLPH CONTRERAS
U.S. DISTRICT COURT JUDGE