AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Las Americas Immigrant Advocacy Center, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:24-cv-01702 |
| U.S. Dept. of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants, U.S. Dept. of Homeland Security, et al.

Date: 07/01/2024

/s/ Erez Reuveni
*Attorney's signature*

Erez Reuveni
*Printed name and bar number*

U.S. DOJ, Civil Division, P.O. Box 878, Benjamin Franklin Station Washington, D.C., 20044

*Address*

erez.r.reuveni@usdoj.gov
*E-mail address*

(202) 307-4293
*Telephone number*

*FAX number*