AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., *Plaintiff* v. U.S. Department of Homeland Security, et al., *Defendant* | Case No. 24-cv-1702 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 07/16/2024

/s/ Melissa Crow
*Attorney's signature*

Melissa Crow (DC Bar No. 453487)
*Printed name and bar number*

Center for Gender and Refugee Studies
1121 14th Street, NW
Suite 200
Washington, DC 20005
*Address*

crowmelissa@uclawsf.edu
*E-mail address*

(202) 355-4471
*Telephone number*

(415) 581-8824
*FAX number*