**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Las Americas Immigrant Advocacy Center, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. Department of Homeland Security, et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)   No. 1:24-cv-1702-RC<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 83.2(f) AND 83.2(g)</u>

I, Morgan Russell, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the state bars of California (bar number 296137) and New York (registration number 5025937).

2. I am employed by the American Civil Liberties Union Foundation.

3. I am representing the Plaintiffs in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Matthew E. Price of Jenner & Block LLP, Keren Zwick of the National Immigrant Justice Center, Melissa Crow of the Center for Gender and Refugee Studies, Tamara Goodlette of the Texas Civil Rights Project, Cody Wofsy and Lee Gelernt of the American Civil Liberties Union Foundation, and Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated:  July 17, 2024                                   Respectfully submitted,

                                                        _____
                                                        Morgan Russell
                                                        American Civil Liberties Union Foundation
                                                        Immigrants' Rights Project
                                                        39 Drumm Street
                                                        San Francisco, CA 94111
                                                        T: (415) 343-0776
                                                        mrussell@aclu.org

                                                        *Attorney for Plaintiffs*