**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| D.G., et al., | ) <br> ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) |
| v. | )    No. 1:24-cv-01702 <br> ) |
| U.S. DEPARTMENT OF HOMELAND <br> SECURITY, et al., | ) <br> ) <br> ) |
| *Defendants.* | ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Richard Caldarone, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1.    I am a member in good standing of the District of Columbia Bar. My District of Columbia Bar number is 989575.

2.    I am employed by the National Immigrant Justice Center.

3.    I am representing Plaintiffs D.G., E.R., P.S., D.C., L.R., A.E., E.D., T.R., S.G., J.C., J.R., Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services in this case without compensation from the Plaintiffs.

4.    I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Keren Zwick of the National Immigrant Justice Center, Melissa Crow of the Center for Gender & Refugee Studies, Lindsay Harrison of Jenner & Block LLP, Lee Gelernt and Cody Wofsy of the American Civil Liberties Union Foundation, Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, and Tamara Goodlette of the Texas Civil Rights Project, who are members of the Bar of the United States District Court for the District of Columbia.

1

5.      Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: July 18, 2024                                      Respectfully submitted,


                                                          s/ Richard Caldarone
                                                          Richard Caldarone
                                                          National Immigrant Justice Center
                                                          111 West Jackson Boulevard, Suite 800
                                                          Chicago, IL 60604
                                                          (312) 660-1370
                                                          rcaldarone@immigrantjustice.org
                                                          *Attorney for Plaintiffs*