# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al._Plaintiff_, <br><br> v. <br><br> U.S DEPARTMENT OF HOMELAND SECURITY, et al. _Defendants_, <br><br> And <br><br> STATE OF TEXAS, [Proposed] _Intervenor-Defendant_. | No. 1:24-CV-01702 |

## TEXAS' OPPOSED MOTION TO INTERVENE AS DEFENDANT

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Texas relies on the following contemporaneously-filed documents:

1. Memorandum in Support of Texas' Motion to Intervene;

2. [Proposed] Intervenor-Defendant Texas' Answer; and

3. [Proposed] Order Granting Texas' opposed Motion to Intervene.

For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

| | |
|---|---|
| Date: July 19, 2024. | Respectfully submitted. |
| **KEN PAXTON** <br> Attorney General of Texas | */s/Garrett Greene* <br> **GARRETT GREENE** <br> Special Counsel <br> Texas Bar No. 24096217 <br> Garrett.Greene@oag.texas.gov |
| **BRENT WEBSTER** <br> First Assistant Attorney General | |
| **RALPH MOLINA** <br> Deputy Attorney General for Legal Strategy | */s/Kathleen T. Hunker* <br> **KATHLEEN T. HUNKER** <br> Special Counsel <br> Texas Bar No. 24118415 <br> Kathleen.Hunker@oag.texas.gov |
| **RYAN D. WALTERS** <br> Chief, Special Litigation Division | |
| | Office of the Attorney General of Texas <br> Special Litigation Division <br> P.O. Box 12548, Capitol Station Austin, Texas 78711-2548 <br> Telephone: 512-463-2100 <br> Fax: 512-457-4410 |
| | **COUNSEL FOR PROPOSED DEFENDANT-INTERVENOR STATE OF TEXAS** |