IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants*,<br><br>And<br><br>STATE OF TEXAS,<br>[Proposed] *Intervenor-Defendant*. | No. 1:24-CV-01702 |

**PROPOSED ANSWER**

Intervenor-Defendant Texas ("Texas") answers Plaintiffs' Amended Complaint ("Complaint") as follows:

**COMPLAINT**

1. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas admits only to the extent of what 8 U.S.C. § 1158(a)(1) states and deny Plaintiffs' characterization of the statute.

2. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas denies this paragraph

1

3. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas admits only to the extent of what 8. U.S.C. § 1231(b)(3), and (2) and 8 U.S.C. § 1225(b)(1)(B)(v); 8 C.F.R. §§ 208.30 (e)(2)-(3) state and deny Plaintiffs' characterization of the statute.

4. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas denies this paragraph.

5. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas denies this paragraph.

6. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas denies this paragraph.

7. This appears to be an introductory paragraph addressing the context of Plaintiffs' claims that does not require an admission or denial. To the extent one is required, Texas denies this paragraph.

**JURISDICTION AND VENUE**

8. Deny.

9. Deny.

**PARTIES**

10. Texas lacks knowledge or information sufficient to form a belief about the truth of

this paragraph.

11.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

12.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph .

13.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

14.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

15.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph .

16.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

17.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

18.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

19.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

20.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

21.     Texas lacks knowledge or information sufficient to form a belief about the truth of

this paragraph.

22.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

23.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

24.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

25.     Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

26.     Admit

27.     Admit

28.     Admit

29.     Admit

30.     Admit

31.     Admit

32.     Admit

33.     Admit

34.     Admit

35.     Admit

36.     Admit

37.     Admit

# FACTS

38. Admit to the extent of what the law states but deny Plaintiffs' characterization.

39. Admit to the extent of what the law states but deny Plaintiffs' characterization.

40. Admit to the extent of what the law states.

41. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph .

42. Admit to the extent of what the law states but deny Plaintiffs' characterization.

43. Admit

44. Admit to the extent of what the law states but deny Plaintiffs' characterization.

45. Admit to the extent of what the law states but deny Plaintiffs' characterization.

46. Admit to the extent of what the law states but deny Plaintiffs' characterization.

47. Admit.

48. Admit to the extent of what the law states but deny Plaintiffs' characterization.

49. Admit to the extent of what the law states but deny Plaintiffs' characterization.

50. Admit.

51. Admit to the extent of what the law states but deny Plaintiffs' characterization.

52. Admit to the extent of what the law states but deny Plaintiffs' characterization.

53. Admit to the extent of what the law states but deny Plaintiffs' characterization.

54. Admit to the extent of what the law states but deny Plaintiffs' characterization.

55. Admit to the extent of what the law states but deny Plaintiffs' characterization.

56. Admit to the extent of what the law states but deny Plaintiffs' characterization.

57. Texas lacks knowledge or information sufficient to form a belief about the truth of

this paragraph.

58. Deny.

59. Admit to the extent of what the law states but deny Plaintiffs' characterization.

60. Admit to the extent of what the law states but deny Plaintiffs' characterization.

61. Admit to the extent of what the law states but deny Plaintiffs' characterization.

62. Admit.

63. Admit to the extent of what the Proclamation states but deny any inferences drawn from the quoted language.

64. Admit.

65. Admit to the extent of what the Rule states but deny Plaintiffs' characterization.

66. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

67. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

68. Admit to the extent of what the Rule states but deny Plaintiffs' characterization.

69. Admit to the extent of what the Rule states but deny Plaintiffs' characterization.

70. Deny.

71. Admit to the extent of what the Rule states but deny Plaintiffs' characterization.

72. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

73. Admit to the extent of what the Rule states but deny Plaintiffs' characterization.

74. Texas lacks knowledge or information sufficient to form a belief about the truth of

this paragraph.

75. Deny.

76. Deny.

77. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

78. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

79. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

80. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

81. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

82. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

83. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

84. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

85. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

86. Texas lacks knowledge or information sufficient to form a belief about the truth of

this paragraph.

87. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

88. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

89. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

90. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

91. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

92. Texas lacks knowledge or information sufficient to form a belief about the truth of this paragraph.

## CLAIMS FOR RELIEF

93. Answering the allegations contained in paragraph 93, Texas reasserts its previous denials and admissions to each and every paragraph of the Complaint as if fully set forth here.

94. Admit.

95. Admit to the extent of what the law states.

96. Deny.

97. Admit to the extent of what the law states.

98. Admit to the extent of what the law states.

99. Deny.

100. Admit to the extent of what the law states.

101. Deny.

102. Answering the allegations contained in paragraph 102, Texas reasserts its previous denials and admissions to each and every paragraph of the Complaint as if fully set forth here.

103. Admit to the extent of what the law states.

104. Deny.

105. Deny.

106. Answering the allegations contained in paragraph 106, Texas reasserts its previous denials and admissions to each and every paragraph of the Complaint as if fully set forth here.

107. Admit to the extent of what the law states but deny Plaintiffs' characterization.

108. Admit to the extent of what the law states but deny Plaintiffs' characterization.

109. Deny.

110. Answering the allegations contained in paragraph 110, Texas reasserts its previous denials and admissions to each and every paragraph of the Complaint as if fully set forth here.

111. Admit to the extent of what the law states.

112. Admit to the extent of what the law states.

113. Admit to the extent of what the law states.

114. Deny.

115. Deny.

116. Deny.

No response is required to Plaintiffs' Prayer for Relief. To the extent a response is required, Texas denies that Plaintiffs are entitled to any relief.

## DEFENSES

117. One or more Plaintiffs lack standing to bring these claims.

118. The Court lacks subject matter jurisdiction of Plaintiffs' Complaint

119. Plaintiffs fail to state a claim for which relief can be granted.

120. Texas reserves the right to raise other defenses or objections following discovery.

DATED: July 19, 2024                                        Respectfully submitted.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/Garrett Greene*<br>**GARRETT GREENE**<br>Special Counsel<br>Texas Bar No. 24096217<br>Garrett.Greene@oag.texas.gov |
| **BRENT WEBSTER**<br>First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | */s/Kathleen T. Hunker*<br>**KATHLEEN T. HUNKER**<br>Special Counsel<br>Texas Bar No. 24118415<br>Kathleen.Hunker@oag.texas.gov |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | |

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station Austin,
Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

**COUNSEL FOR PROPOSED DEFENDANT-INTERVENOR STATE OF TEXAS**