IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants,*<br><br>And<br><br>STATE OF TEXAS,<br>[Proposed] *Intervenor-Defendant*. | No. 1:24-CV-01702 |

## [PROPOSED] ORDER GRANTING TEXAS' OPPOSED MOTION TO INTERVENE AS DEFENDANT

After considering the opposed motion to intervene and memorandum in support filed by Putative Intervenor-Defendant, the State of Texas, the Court **GRANTS** the motion. For the reasons in their motion and memorandum, Texas satisfies the requirements for intervention as of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). The Court thus grants them leave to intervene, with all the rights of ordinary defendants.

It is ORDERED that the caption in this case is amended to reflect the same.

It is further ORDERED that Texas' proposed answer filed contemporaneously with Texas' motion to intervene is hereby deemed filed, and the Clerk is ordered to separately docket the answer as filed on the date of this order.

DATE: _____

_____
U. S. DISTRICT JUDGE