AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Las Americas Immigrant Advocacy Center, et al. )
*Plaintiff* )
v. ) Case No. 24-cv-01702
U.S. Department of Homeland Security, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Office of the United Nations High Commissioner for Refugees .

Date: 07/24/2024

/s/ Amy Mason Saharia
*Attorney's signature*

Amy Mason Saharia (D.C. Bar No. 981644)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
*Address*

asaharia@wc.com
*E-mail address*

(202) 434-5847
*Telephone number*

(202) 434-5029
*FAX number*