# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.G., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | No. 1:24-cv-01702 |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Edith Sangüeza, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the state bar of New York (bar number 5694534).

2. I am employed by the Center for Gender & Refugee Studies.

3. I am representing Plaintiffs D.G., E.R., P.S., D.C., L.R., A.E., E.D., T.R., S.G., J.C., J.R., Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Keren Zwick of the National Immigrant Justice Center, Melissa Crow of the Center for Gender & Refugee Studies, Lindsay Harrison of Jenner & Block LLP, Lee Gelernt and Cody Wofsy of the American Civil Liberties Union Foundation, Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, and Tamara Goodlette of the Texas Civil Rights Project, who are members of the Bar of the United States District Court for the District of Columbia.

1

5.  Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: July 24, 2024                                        Respectfully submitted,

*[signature]*

Edith Sangüeza
Center for Gender & Refugee Studies
26 Broadway, 3rd Floor
New York, NY 10004
T: 415-581-8835
sanguezaedith@uclawsf.edu
*Attorney for Plaintiffs*