IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al. <br><br> *Defendants*. | No. 1:24-cv-01702 |

**AMENDED SCHEDULING STIPULATION AND PROPOSED ORDER**

The parties have met and conferred and propose a minor change to the schedule that they previously proposed and that this Court adopted.

1. On June 28, 2024, the parties submitted a joint scheduling proposal. ECF No. 10. This Court adopted that schedule on July 1, 2024.

2. The parties have complied with the deadlines in that schedule to date, and they intend to continue to do so. The remaining deadlines are:

   a. Plaintiffs will file their motion for summary judgment today, July 26, 2024;

   b. Defendants will file their cross-motion for summary judgment and opposition on or before August 16, 2024;

   c. Plaintiffs will file their opposition on or before August 26, 2024;

   d. Defendants will file their reply on or before September 10, 2024.

3. The amicus deadlines in the previously agreed upon schedule both fall on Sundays: July 28. 2024, for amicus briefs in support of plaintiffs, and August 18, 2024, for amicus briefs in support of defendants. The parties propose moving those deadlines one day forward, to Monday, July 29, 2024, and Monday, August 19, 2024, respectively.

4.       This is the only proposed change to the schedule.

Dated: July 26, 2024    Respectfully submitted,

/s/ Lindsay Harrison
Lindsay Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
lharrison@jenner.com

*Attorney for Plaintiffs*

/s/ Erez Reuveni
Erez Reuveni
Assistant Direction
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorney for Defendants*

SO ORDERED.

_____
RUDOLPH CONTRERAS
U.S. DISTRICT COURT JUDGE