## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRATION ADVOCACY CENTER, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br>)<br>*Defendants.* ) | No. 1:24-cv-01702 |

## **PROPOSED ORDER**

Before the Court is Plaintiffs' motion for summary judgement. Having considered the motion, the memoranda and exhibits in support thereof, and the brief in opposition thereto, the Court **GRANTS** Plaintiffs' motion for summary judgment. The Court hereby:

1. **VACATES** the regulations established by the Securing the Border Interim Final Rule (the "Rule") and the Rule's Implementation Guidance ("Guidance").

2. **DECLARES** that the Rule and Guidance are contrary to law, arbitrary and capricious, and procedurally invalid.

3. **VACATES** any negative credible fear determinations and/or expedited removal orders issued to each Plaintiff.

4. **ORDERS** Defendants to bring back into the United States any Plaintiff who is outside the United States at no expense to the plaintiff, and parole them into the United States for the duration of their removal proceeding so that they may apply for asylum, withholding of removal, and/or protection under the Convention Against Torture.

Dated: _____

                                                        Hon. Rudolph Contreras
                                                       United States District Court Judge