IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Case No. 1:24-cv-01702-RC<br><br>HON. RUDOLPH CONTRERAS |

**UNOPPOSED MOTION OF PUBLIC COUNSEL FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS**

Pursuant to Local Civil Rule 7(o) and the Court's scheduling order (ECF Nos. 10, 22), the Public Counsel respectfully requests leave to file a brief as amicus curiae in support of Plaintiffs in the above-captioned case. This motion is unopposed. In support of its motion, Public Counsel states as follows:

1. Public Counsel, based in Los Angeles, California, is a nonprofit public interest law firm dedicated to advancing civil rights and racial and economic justice, as well as amplifying the power of their clients through comprehensive legal advocacy. Founded in 1970 on and strengthened by a pro bono legal service model, Public Counsel's staff and volunteers seek justice through direct legal services, promote healthy and resilient communities through education and outreach, and support community-led efforts to transform unjust systems in and beyond Los Angeles. Public Counsel's Immigrants' Rights Project provides pro bono placement and direct representation to individuals seeking asylum, withholding of removal, and relief under the Convention Against Torture. Public

Counsel's Immigrants' Rights Project has five decades of experience representing immigrants, including unaccompanied minors and families who enter the United States at or through the Mexican border, and currently represents hundreds of individuals seeking humanitarian relief. Public Counsel has a strong interest in ensuring that immigrants receive the full and fair process and benefits to which they are entitled.

2. Public Counsel submits this brief out of concern that the Interim Final Rule at issue in this case, Securing the Border, 89 Fed. Reg. 48710 (June 7, 2024), severely restricts access to asylum in contravention of international and domestic law.

3. Public Counsel's position is not adequately presented by any party. With over fifty years of experience in proving direct services to asylum seekers, Public Counsel is uniquely situated to address the hardships the Interim Final Rule presents to vulnerable people seeking humanitarian relief and how the impact of trauma multiples that burden.

4. Granting Public Counsel's motion for leave to file its amicus brief would not unduly delay the Court's ability to rule on any pending matter. The parties to this action proposed (and later amended), and the Court adopted, a schedule in which motions for leave to file amicus briefs supporting Plaintiffs are due July 29, 2024. ECF No. 10, 22.

5. Plaintiffs consent to the filing of this brief. Defendants take no position as to this amicus participation.

6. Public Counsel's proposed amicus brief is attached as Exhibit A.

For the foregoing reasons, Public Counsel respectfully requests that its motion for leave to file the proposed amicus curiae brief be granted. A proposed order is attached.

Dated: July 29, 2024                               Respectfully submitted,

                                                   /s/ Michael H. Jacobs
                                                   Michael H. Jacobs (D.C. Bar No. 455043)

        Brendan C. Hanley (D.C. Bar No. 1735773)
        CROWELL & MORING LLP
        1001 Pennsylvania Ave. NW
        Washington, D.C. 20004
        T: (202) 624-2500 | F: (202) 628-5116
        mjacobs@crowell.com
        bhanley@crowell.com

        *Pro Bono Counsel for Public Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record via electronic mail.

      */s/ Michael H. Jacobs*
      Michael H. Jacobs (D.C. Bar No. 455043)
      Brendan C. Hanley (D.C. Bar No. 1735773)
      CROWELL & MORING LLP
      1001 Pennsylvania Ave. NW
      Washington, D.C. 20004
      T: (202) 624-2500 | F: (202) 628-5116
      mjacobs@crowell.com
      bhanley@crowell.com

      *Pro Bono Counsel for Public Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | Case No. 1:24-cv-01702-RC <br><br> HON. RUDOLPH CONTRERAS |

**[PROPOSED] ORDER**

On consideration of the Motion of Public Counsel for Leave to File a Brief as Amicus Curiae in Support of Plaintiffs, it is hereby ORDERED that the motion is GRANTED.

Date: _____

_____
Hon. Rudolph Contreras