IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigrant Advocacy Center, et al., ) ) ) *Plaintiffs,* ) ) v. ) ) Department of Homeland Security, et al., ) ) *Defendants* ) ) | No. 1:24-cv-01702-RC |

**UNOPPOSED MOTION OF HUMAN RIGHTS FIRST, HOPE BORDER INITIATIVE, IMMIGRANT DEFENDERS LAW CENTER, KINO BORDER INITIATIVE, AND REFUGEES INTERNATIONAL FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS**

Human Rights First, Hope Border Initiative, Immigrant Defenders Law Center, Kino Border Initiative, and Refugees International respectfully request leave to file the accompanying *amicus curiae* brief in support of Plaintiffs' motion for summary judgment. Counsel for both Plaintiffs and Defendants have consented to the filing of amicus briefs.

District courts have broad discretion to permit the participation of amicus curiae. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). This Court generally permits third parties to participate as *amici curiae* when they have "relevant expertise and a stated concern for the issues at stake in [the] case." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011). Specifically, this Court has permitted the filing of *amicus* briefs in cases where a third party has "unique information or perspective" that can contribute to the Court's understanding of the matter in question and assist the Court in the resolution of legal or factual questions. *Jin v. Ministry of State Sec'y*, 557 F.

Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. Commodity Futures Trading Comm'n,* 125 F.3d 1062, 1064 (7th Cir. 1997)).

The proposed *amici* are non-governmental, non-profit organizations that provide legal services to non-citizens and advocate for their rights.  All work with asylum seekers affected by the Rule being challenged in this case and have worked to document the impact of the Rule and of prior regulations and policies on persons seeking asylum at the United States' southern border.  Given their direct interaction with non-citizens affected by this Rule and their combined years of experience providing legal assistance and representation to persons seeking asylum in the United States, proposed *amici* have "relevant expertise and a stated concern for the issues at stake," and are in a position to provide "unique information" that will assist the Court in its adjudication of Plaintiffs' motion for summary judgment.  *Nat'l Ass'n of Home Builders*, 826 F. Supp. 2d at 237; *Jin,* 557 F. Supp. 2d at 137.

Based on the foregoing, the organizations listed above respectfully request that the Court grant this motion and accept the accompanying *amicus curiae* brief.

Dated: July 29, 2024                    Respectfully submitted,

                                        By: <u>s/Thomas K. Ragland/</u>

                                        Thomas K. Ragland, Esq. (D.C. Bar No. 501021)
                                        Clark Hill PLC
                                        1001 Pennsylvania Avenue NW
                                        Suite 1300 South
                                        Washington, D.C., 20004
                                        T: (202) 552 2360
                                        F: (202) 552 2384
                                        Email: tragland@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion of Human Rights First, Hope Border Initiative, Immigrant Defenders Law Center, Immigrant Defenders Law Center, Kino Border Initiative, and Refugees International for Leave to File *Amicus Curiae* Brief, proposed order, and accompanying *amicus curiae* brief with the U.S. District Court of the District of Columbia using the CM/ECF system on July 29, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 29, 2024

Respectfully submitted,

By: *s/Thomas K. Ragland/*

Thomas K. Ragland, Esq. (D.C. Bar No. 501021)
Clark Hill PLC
1001 Pennsylvania Avenue NW
Suite 1300 South
Washington, D.C., 20004
T: (202) 552 2360
F: (202) 552 2384
Email: tragland@clarkhill.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigrant Advocacy Center, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Department of Homeland Security, et al.,<br><br>*Defendants* | No. 1:24-cv-01702-RC |

**[PROPOSED] ORDER GRANTING MOTION OF HUMAN RIGHTS FIRST, HOPE BORDER INITIATIVE, IMMIGRANT DEFENDERS LAW CENTER, KINO BORDER INITIATIVE, AND REFUGEES INTERNATIONAL TO FILE *AMICUS CURIAE* BRIEF**

Upon this Court's review and full consideration of the Motion of Human Rights First, Hope Border Initiative, Immigrant Defenders Law Center, Immigrant Defenders Law Center, Kino Border Initiative, and Refugees International for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and that the attached *amicus curiae* brief be docketed.

Dated: _____             _____
                                     HON. RUDOLPH CONTRERAS
                                     UNITED STATES DISTRICT JUDGE