# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., | |
| *Plaintiffs*, | Civil Action No. 24-cv-01702 |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | |
| *Defendants*. | |

## UNOPPOSED MOTION OF NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119 FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The National Citizenship and Immigration Services Council 119 ("Council 119") respectfully requests leave to file the accompanying *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment (ECF No. 23). Pursuant to Local Rule 7, Council 119 conferred with the parties regarding this motion, and the parties consent to the filing of this *amicus curiae* brief.

District courts have "broad discretion" to permit the participation of *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp.

2d 89, 93 (D.D.C. 2007). Courts generally grant *amicus* status when "the information offered is 'timely and useful.'" *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (quoting *Waste Mgmt. of Pa. v. City of York*, 162 F.R.D. 34

36 (M.D. Pa. 1995)). Courts likewise generally permit an *amicus* filing "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)).

Council 119 is a labor organization that represents the interests of over 14,000 bargaining unit employees of U.S. Citizenship and Immigration Services ("USCIS"), a division of the U.S. Department of Homeland Security. Council 119's constituents include approximately 1,500 asylum officers, refugee officers, and adjudications officers who are responsible for, among other things, adjudicating affirmative asylum claims, processing refugees overseas, conducting "credible fear" and "reasonable fear" screenings, researching conditions in refugee producing countries and regions, and providing relief for survivors of human trafficking and those who assist law enforcement. Of particular relevance here, Council 119's constituent members and bargaining unit employees are tasked with interviewing and adjudicating the claims of individuals seeking asylum and other legal protection in the United States, which will be affected by policy changes from the interim final rule entitled "Securing the Border" ("the Rule"), 89 Fed. Reg. 48710 (June 7, 2024).

Given its constituents' direct involvement in implementing the Rule and policies at issue in this litigation, Council 119 has "relevant expertise and a stated

concern for the issues at stake." *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).[1]  Council 119's *amicus* brief therefore can provide "unique information" that will assist the Court in the disposition of this litigation.  *Cobell*, 246 F. Supp. 2d at 62.  Indeed, Council 119 was granted leave to file an amicus brief in other litigation concerning similar rules. *See* Brief of Amicus Curiae Council 119 in Support of Plaintiffs, *East Bay Sanctuary Covenant v. Biden*, No. 4:18-cv-06810-JST (June 7, 2023), ECF No. 174-1; Order Granting Motion to File Amicus Brief (June 23, 2023), ECF No. 180 (concluding that Council 119 will "'fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration'" (quoting *Miller-Wohl Co., Inc. v. Comm'r of Lab. and Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982))); Brief of Amicus Curiae Council 119 in Support of Plaintiffs, *M.A. v. Mayorkas*, No. 1:23-cv-01843-JEB, (D.D.C. October 6, 2023), ECF No. 46-1.

Based on the foregoing, Council 119 respectfully requests that the Court grant this unopposed Motion and accept the accompanying *amicus curiae* brief.

---

[1] Council 119's *amicus* brief relies solely upon information that is publicly available, and it does not rely on any information that is confidential, law enforcement sensitive, or classified. It represents only the views of Council 119 on behalf of the bargaining unit and does not represent the views of USCIS or USCIS employees in their official capacities.

Dated:  July 29, 2024

Respectfully submitted,

/s/ *Kathleen R. Hartnett*

Kathleen R. Hartnett, Bar No. 483250
COOLEY LLP
3 Embarcadero Center, 20th Fl
San Francisco, California 94111-4004
Tel: (415) 693-2000
Fax: (415) 693-2222
khartnett@cooley.com

Elizabeth M. Wright*
Celene Chen*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: (617) 937-2300
Fax: (617) 937-2400
ewright@cooley.com
celene.chen@cooley.com

Allison Wettstein O'Neill*
Nachi Baru*
COOLEY LLP
10265 Science Center Drive
San Diego, CA  92121-1117
Tel: (858) 550-600
Fax: (858) 550-6420
aoneill@cooley.com
nbaru@cooley.com

*Counsel for Amicus Curiae*

*\* Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

Dated:  July 29, 2024

Respectfully submitted,

/s/ *Kathleen R. Hartnett*

Kathleen R. Hartnett, Bar No. 483250
*Counsel for Amicus Curiae*