# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-cv-01702 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF NATIONAL CITIZENSHIP AND IMMIGRATION SERVICES COUNCIL 119 FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Upon this Court's review and full consideration of the Unopposed Motion of National Citizenship and Immigration Services Council 119 for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed *amicus curiae* brief shall be docketed.

Dated: _____   _____

HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE