# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Civil Action No. 1:24-cv-1702<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. DONATTI** |

Upon consideration of the Motion for Admission Pro Hac Vice of David A. Donatti as Counsel for Plaintiffs Las Americas Immigrant Advocacy Center, *et al.*, it is hereby **ORDERED** that the Motion is **GRANTED**.

DATED: _____          _____
                                              Honorable Rudolph Contreras
                                              United States District Judge

1