AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01702 |
| U.S. Dept. of Homeland Security, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants, U.S. Dept. of Homeland Security, et al             .

Date: 07/31/2024

/s/ Erin T. Ryan
*Attorney's signature*

Erin T. Ryan
*Printed name and bar number*

U.S. DOJ, Civil Division, P.O. Box 878, Benjamin Franklin Station Washington, D.C., 20044
*Address*

erin.t.ryan@usdoj.gov
*E-mail address*

(202) 532-5802
*Telephone number*

(202) 305-7000
*FAX number*