**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al*.<br><br>Defendants. | Civil Action No. 1:24-cv-1702<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW L. OSBORNE for Plaintiffs LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *ET AL*.** |

Pursuant to Local Civil Rule 83.2(e), I respectfully move for the admission, *pro hac vice*, of Andrew L. Osborne as counsel for Plaintiffs Las Americas Immigrant Advocacy Center, *et al*. A declaration from Mr. Osborne and a Certificate of Good Standing are submitted in support of this motion. A proposed order is also attached for the Court's consideration.

DATED: August 1, 2024

JENNER & BLOCK LLP

By: /s/ Lindsay Harrison
Lindsay Harrison (D.C. Bar No. 977407)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000

*Attorney for Plaintiffs*