AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, et al. <br> *Plaintiff* <br> v. <br> Department of Homeland Security, et al. <br> *Defendant* | Case No. 1:24-cv-01702 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Las Americas Immigrant Advocacy Center; Refugee and Immigrant Center for Education & Legal Services.

Date:   08/01/2024

*Attorney's signature*

Andrew L. Osborne - 6337051
*Printed name and bar number*

Jenner & Block, LLP
353 N. Clark St., Chicago, IL 60654

*Address*

aosborne@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*