IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-cv-01702 |

### DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Elizabeth M. Wright, hereby declare:

1. My full name is Elizabeth M. Wright.

2. My current office address, telephone number and email address are:
   COOLEY LLP
   500 Boylston Street
   Boston, MA  02116-3736
   Telephone: (617) 937-2300
   Facsimile: (617) 937-2400
   ewright@cooley.com

3. I have been admitted to and am a member in good standing of the bars of the Commonwealth of Massachusetts, the District of Columbia, and the Commonwealth of Virginia.

4. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia bar, and I do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2024 in Boston, Massachusetts.

                                              Respectfully submitted,

                                              COOLEY LLP

                                              By: /s/ Elizabeth M. Wright
                                              Elizabeth M. Wright, Bar No. 996524
                                              COOLEY LLP
                                              500 Boylston Street
                                              Boston, MA  02116-3736
                                              Telephone: (617) 937-2300
                                              Facsimile: (617) 937-2400
                                              ewright@cooley.com

                                              *Attorney for National Citizenship and*
                                              *Immigration Services Council 119*