IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-cv-01702 |

### DECLARATION OF CELENE CHEN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Celene Chen, hereby declare:

1. My full name is Celene Chen.

2. My current office address, telephone number and email address are:
   COOLEY LLP
   500 Boylston Street
   Boston, MA  02116-3736
   Telephone: (617) 937-2300
   Facsimile: (617) 937-2400
   celene.chen@cooley.com

3. I have been admitted to and am a member in good standing of the bar of the Commonwealth of Massachusetts.

4. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of

Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2024 in Boston, Massachusetts.

Respectfully submitted,

COOLEY LLP

By: _____
Celene Chen, Bar No. 710834
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
celene.chen@cooley.com

*Attorney for National Citizenship and Immigration Services Council 119*
