IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-cv-01702 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), National Citizenship and Immigration Services Council 119 ("Council 119"), hereby moves for the *pro hac* admission of attorney Allison W. O'Neill in the above-entitled action. This motion is supported by the Declaration of Allison W. O'Neill, filed herewith. As set forth in Ms. O'Neill's declaration, she is admitted to and is an active member in good standing with the bars of California and Illinois. This motion is supported and signed by Kathleen Hartnett, an active and sponsoring member of the Bar of this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 1, 2024 | COOLEY LLP |
|  | By: /s/ Kathleen R. Hartnett |
|  | Kathleen R. Hartnett, Bar No. 483250 |
|  | khartnett@cooley.com |

3 Embarcadero Center
20th Floor
San Francisco, CA  94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

*Attorney for National Citizenship and Immigration Services Council 119*