IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        *Defendants*. | Civil Action No. 24-cv-01702 |

### DECLARATION OF ALLISON W. O'NEILL IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Allison W. O'Neill, hereby declare:

1. My full name is Allison W. O'Neill.

2. My current office address, telephone number and email address are as follows:

   COOLEY LLP
   10265 Science Center Drive
   San Diego, CA   94111-4004
   Telephone: (858) 550-6000
   Facsimile: (858) 550-6420
   aoneill@cooley.com

3. I have been admitted to and am a member in good standing of the bars of California and Illinois.

4. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1 in San Diego, California.

Respectfully submitted,

COOLEY LLP

By: _____
Allison W. O'Neill

10265 Science Center Dr.
San Diego, CA 94111-4004
Telephone: +1 858 550 6000
Facsimile: +1 858 550 6420
aoneill@cooley.com

*Attorneys for National Citizenship and Immigration Services Council 119*