AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Las Americas Immigration Advocacy Center, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-1702 |
| U.S. Department of Homeland Security, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Las Americas Immigration Advocacy Center; Refugee and Immigrant Center for Education and Legal Services.

Date: 08/06/2024

s/ Mary Marshall
*Attorney's signature*

Mary Marshall (No.1739058)
*Printed name and bar number*
Jenner and Block
1099 New York Ave NW, Ste 900
Washington, DC 20001

*Address*

mmarshall@jenner.com
*E-mail address*

(202) 639-6360
*Telephone number*

(202) 639-6360
*FAX number*