UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-01702 |

**JOINT MOTION TO ENLARGE PAGE LIMITS**

The Parties file this joint motion respectfully requesting that the Court enlarge the page limits for two of the remaining summary judgment briefs in this case. The Parties previously stipulated and agreed to request that Plaintiffs could file a 45-page motion for summary judgment; Defendants could file a 65-page cross motion for summary judgment and opposition; Plaintiffs could file a 45-page opposition and reply; and, Defendants could file a 25-page reply.

On June 28, 2024, the Parties filed a Stipulation and Proposed Order Regarding Case Scheduling in this matter. *See* ECF No. 10. The Parties proposed a schedule for summary judgment briefing and, given the complexity of the claims and issues in this case, proposed extending the page limit for several of the briefs, including: "August 16, 2024: Defendants' cross motion for summary judgment and opposition, up to 65 pages" and "August 26, 2024: Plaintiffs' opposition and reply, up to 45 pages." *Id*. at 1-2. On July 1, 2024, the Court issued a Minute Order adopting the Parties' proposed schedule, but did not address the proposed enlargement of pages.

1

Accordingly, the Parties respectfully request that the Court extend the page limit for Defendants' cross motion for summary judgment and opposition to 65 pages, and extend the page limit for Plaintiffs' opposition and reply to 45 pages.

Dated: August 13, 2024             Respectfully submitted,

/s/ Brian C. Ward
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*


/s/ Keren Zwick
KEREN ZWICK (D.D.C. Bar No. IL0055)
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Tel: (312) 660-1364
Email: kzwick@immigrantjustice.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Brian C. Ward*
    BRIAN C. WARD
    Senior Litigation Counsel
    United States Department of Justice