**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-01702 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENLARGE PAGE LIMITS**

After considering the Parties' joint motion, the Court **GRANTS** the motion to enlarge page limits. The page limit for Defendants' cross motion for summary judgment and opposition is extended to 65 pages, and the page limit for Plaintiffs' opposition and reply is extended to 45 pages.

It is so ORDERED.


Date: _____     _____
                                                                                 U.S. DISTRICT JUDGE