IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.<br><br>*Plaintiff,*<br><br>v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants,*<br><br>And<br><br>STATE OF TEXAS,<br>[Proposed] *Intervenor-Defendant.* | No. 1:24-CV-01702 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2 (e), Proposed Intervenor-Defendant State of Texas, hereby moves for the *pro hac* admission of Special Counsel Garrett M. Greene in the above-entitled action. This motion is supported by the Declaration of Garrett M. Greene, filed herewith. As set forth in Mr. Greene's declaration, he is admitted to and is an active member in good standing with the state bar of Texas. This motion is supported and signed by Lanora Pettit, and active and sponsoring member of the Bar of this court.

Dated: August 13, 2024

Respectfully Submitted,

By: /s/ Lanora C. Pettit

LANORA C. PETTIT
PRINCIPAL DEPUTY SOLICITOR GENERAL
BAR NO. 1024596

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Lanora.Pettit@oag.texas.go

Counsel for Proposed Intervenor-Defendants