# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.<br><br>*Plaintiff,*<br><br>v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants,*<br><br>And<br><br>STATE OF TEXAS,<br>[Proposed] *Intervenor-Defendant.* | No. 1:24-CV-01702 |

## DECLARATION OF GARRETT M. GREENE IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Garrett M. Greene, hereby declare:

1. My full name is Garrett Mitchell Greene

2. My current office address, telephone number and email address are as follows:

   Office of the Attorney General of Texas
   209 14th Street
   Austin, TX 78701
   Telephone: 512-463-2100
   Facsimile: 512-457-4410
   Garrett.Greene@oag.texas.gov

3. I have been admitted to and am a member in good standing of the State Bar of Texas.

4. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted pro hac vice in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2024 in Austin, Texas.

Respectfully Submitted,

By: *(signature)*

GARRETT M. GREENE
Special Counsel
Texas Bar No. 24096217

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
garrett.greene@oag.texas.gov