# *Certificate of Good Standing*

### UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Garrett Mitchell Greene, Bar #24096217, was duly admitted to practice in said Court on June 13, 2018, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on August 8, 2024.



*PHILIP J. DEVLIN, Clerk*

*BY:* _____