IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-cv-01702 |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e), National Citizenship and Immigration Services Council 119 ("Council 119"), hereby moves for the *pro hac* admission of attorney Nachi Baru in the above-entitled action. This motion is supported by the Declaration of Nachi Baru, filed herewith. As set forth in Mr. Baru's declaration, he is admitted to and is an active member in good standing with the bar of the California. This motion is supported and signed by Kathleen Hartnett, an active and sponsoring member of the Bar of this Court.

                                                                         Respectfully submitted,

Dated: August 15, 2024                COOLEY LLP

By: _/s/ Kathleen R. Hartnett_
      Kathleen R. Hartnett, Bar No. 483250
      khartnett@cooley.com

3 Embarcadero Center
20th Floor
San Francisco, CA  94111-4004
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

*Attorney for National Citizenship and Immigration Services Council 119*