UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 1:24-cv-01702 |
| v. | ) ) ) |  |
| U.S. Department of Homeland Security, *et al.*, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY**

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set out in Defendants' supporting memorandum of law, Defendants respectfully oppose Plaintiffs' motion for summary judgment and move the Court for summary judgment in favor of Defendants on all claims.

//

//

//

1

Dated: August 16, 2024                Respectfully submitted,

                                          BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

EREZ REUVENI
*Counsel*

By: /s/ *Brian C. Ward*
     BRIAN C. WARD
     *Senior Litigation Counsel*
     U.S. Department of Justice, Civil Division
     Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Tel: (202) 616-9121
     Email: brian.c.ward@usdoj.gov

CHRISTINA GREER
PATRICK GLEN
*Senior Litigation Counsel*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Brian C. Ward*
    BRIAN C. WARD
    Senior Litigation Counsel
    United States Department of Justice
