UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) Civil Action No. 1:24-cv-01702 |
| v. | )<br>) |
| U.S. Department of Homeland Security, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of the parties' cross-motions for summary judgment and the parties' respective oppositions thereto, as well as the entire record herein,

IT IS ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED; and

IT IS FURTHER ORDERED that judgment shall be entered in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

DATED: _____          _____
                                        Hon. Rudolph Contreras
                                        United States District Judge