UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>   Defendants. | Civil Action No. 1:24-cv-01702 |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY**

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set out in Defendants' supporting memorandum of law, Defendants respectfully oppose Plaintiffs' motion for summary judgment and move the Court for summary judgment in favor of Defendants on all claims.

//

//

//

1

Dated: August 16, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

EREZ REUVENI
*Counsel*

By: /s/ *Brian C. Ward*
    BRIAN C. WARD
    *Senior Litigation Counsel*
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 616-9121
    Email: brian.c.ward@usdoj.gov

    CHRISTINA GREER
    PATRICK GLEN
    *Senior Litigation Counsel*

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                          By: */s/ Brian C. Ward*
                                              BRIAN C. WARD
                                              Senior Litigation Counsel
                                              United States Department of Justice