# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. Department of Homeland Security, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:24-cv-01702 |

## ORDER

Upon consideration of the parties' cross-motions for summary judgment and the parties' respective oppositions thereto, as well as the entire record herein,

IT IS ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Motion for Summary Judgment is DENIED; and

IT IS FURTHER ORDERED that judgment shall be entered in favor of Defendants and against Plaintiffs.

IT IS SO ORDERED.

DATED: _____      _____

Hon. Rudolph Contreras
United States District Judge