IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S DEPARTMENT OF HOMELAND SECURITY, et al.<br>*Defendants,*<br><br>And<br><br>STATE OF TEXAS,<br>[Proposed] *Intervenor-Defendant*. | No. 1:24-CV-01702 |

## ORDER

After considering the Motion for Summary Judgment or In the Alternative, Amicus Brief in Support of Defendants filed by Putative Intervenor-Defendant, the State of Texas, the Court **GRANTS** the motion.

DATE: _____

_____
U. S. DISTRICT JUDGE