UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-01702 |

**DEFENDANTS' UNOPPOSED MOTION FOR THREE-DAY EXTENSION
OF DEADLINE FOR DEFENDANTS' REPLY BRIEF**

Defendants respectfully request that the Court extend the deadline for Defendants' reply brief by three days, from September 10, 2024, to September 13, 2024. There is good cause for this brief extension.

On July 1, 2024, after considering the Parties' Stipulation Regarding Case Scheduling, the Court entered an expedited schedule for summary judgment briefing in this case. *See* Minute Order (July 1, 2024). Among other things, the Court set a deadline of August 26, 2024, for Plaintiffs' opposition brief, and a deadline of September 10, 2024, for Defendants' reply brief. *Id*. Defendants now request that September 10, 2024, deadline be extended by three days to permit necessary internal review of the brief. Additional time is required in part due to deadlines in another matter that arose since the briefing schedule was set and that delayed the process of drafting the reply brief. Among other things, last week another district court unexpectedly set an expedited trial for approximately a week from now in another matter undersigned counsel is litigating, leading to a

1

number of unexpected briefing and pre-trial deadlines this week and last. *See* Order, *Texas v. U.S Dep't of Homeland Security*, No. 6:24-cv-00306 (E.D. Tex. Sept. 4, 2024).

Defendants conferred with Plaintiffs' counsel, who stated that Plaintiffs do not oppose this motion. Accordingly, Defendants request that the Court extend the deadline for Defendants' reply to Friday September 13, 2024.

Dated: September 10, 2024                Respectfully submitted,

                                                BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

EREZ REUVENI
*Counsel*

By: /s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2024, I electronically filed this motion with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                       By: */s/ Brian C. Ward*
                                                                 BRIAN C. WARD
                                                                 Senior Litigation Counsel
                                                                 United States Department of Justice