# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 1:24-cv-01702 |
| v. | ) ) ) |
| U.S. Department of Homeland Security, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Three-Day Extension of Deadline for Defendants' Reply Brief, IT IS ORDERED that Defendants' Motion is GRANTED. Defendants' deadline for their reply brief is extended to September 13, 2024.

IT IS SO ORDERED.

DATED: _____  _____

Hon. Rudolph Contreras
United States District Judge