BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

EREZ REUVENI
*Senior Counsel*

CHRISTINA P. GREER
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: christina.p.greer@usdoj.gov

PATRICK GLEN
BRIAN C. WARD
*Senior Litigation Counsel*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-01702 |

## NOTICE

Defendants hereby notify the Court and Plaintiffs that earlier today, Monday, September 30, 2024, the Department of Homeland Security and Department of Justice issued a joint final rule *Securing the Border* (see attached public inspection version) ("Final Rule"). The Final Rule becomes effective tomorrow, Tuesday, October 1, 2024, at 12:01 AM eastern daylight time.

Once it becomes effective, the Final Rule will supersede the interim final rule challenged in this case, *Securing the Border*, 89 Fed. Reg. 48,710 (June 7, 2024). As a result, as of 12:01 AM on October 1, Plaintiffs' complaint will no longer challenge the rule in effect, and the pending motions for summary judgment will no longer be ripe for decision. Defendants intend to confer with Plaintiffs on a proposal to submit to this Court regarding appropriate next steps in light of the Final Rule.

Dated: September 30, 2024    Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

EREZ REUVENI
*Senior Counsel*

By: /s/ *Christina P. Greer*
CHRISTINA P. GREER
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8770
Email: christina.p.greer @usdoj.gov

PATRICK GLEN
BRIAN C. WARD
*Senior Litigation Counsel*

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                                By: /s/ *Christina P. Greer*
                                                                       CHRISTINA P. GREER
                                                                       Senior Litigation Counsel
                                                                       United States Department of Justice