**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | ) ) ) |
| *Defendants*. | ) ) ) |
| _____ | ) |

No. 1:24-cv-01702

**SECOND STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULING**

As Defendants previously notified the Court, a final rule superseding the interim final rule at issue in this litigation was issued on September 30 and took effect on October 1, 2024. ECF No. 54; *see Securing the Border*, 89 Fed. Reg. 81156 (Final Rule). The parties have met and conferred concerning appropriate next steps in light of this development and jointly propose the following schedule for further proceedings.

1.  Defendants consent to Plaintiffs filing a second amended complaint challenging the final rule no later than November 1, 2024. Plaintiffs represent that no new counts or legal claims will be made in the second amended complaint, other than by updating their existing claims to challenge the final rule and, should plaintiffs choose to do so, by adding additional individual plaintiffs.

2.  The parties stipulate to the following schedule and deadlines for proceedings following the filing of the second amended complaint:

    a.  November 1, 2024: Defendants produce the administrative record for the final rule.

    b.  November 8, 2024: If any objections to the administrative record exist and remain unresolved, the parties shall file a joint status report concerning how to proceed,

including what disputes remain, what briefing may be necessary to resolve those disputes, a schedule for that briefing, and the parties' positions on whether the record disputes must be resolved before merits briefing occurs.

   c. November 15, 2024: Plaintiffs' supplemental brief in support of their motion for summary judgment and in opposition to Defendants' cross-motion, up to 25 pages.

   d. December 4, 2024: Defendants' supplemental brief in support of their cross-motion for summary judgment and opposition to Plaintiffs' motion, up to 25 pages.

   e. December 11, 2024: Plaintiffs' supplemental reply, up to 15 pages.

   f. December 18, 2024: Defendants' supplemental reply, up to 15 pages.

   g. The parties' supplemental briefing shall be limited to addressing the impact of the issuance of the final rule, if any, on the parties' summary judgment motions, and shall not re-brief issues unaffected by the final rule.

3. The parties consent to the filing of additional amicus briefs of up to 15 pages, provided that they are filed no later than November 19, 2024, if filed in support of Plaintiffs, and December 6, 2024, if filed in support of Defendants. The parties agree that previously-filed amicus briefs may still be considered by the Court.

4. If the Court believes oral argument is necessary, the parties respectfully request that the Court schedule a hearing at its earliest convenience. Plaintiffs make this request in light of the statutory directive that systemic challenges to the expedited removal system be expedited. *See* 8 U.S.C. § 1252(e)(3)(D) ("Expeditious consideration of cases. It shall be the duty of the District Court, the Court of Appeals, and the Supreme Court of the United States to advance on the docket and to expedite to the greatest possible extent the disposition of any case considered under this paragraph.").

Dated: October 16, 2024                    Respectfully submitted,


/s/ Lindsay Harrison
Lindsay Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
*lharrison@jenner.com*

*Attorney for Plaintiffs*


/s/ Christina P. Greer
Christina P. Greer
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorney for Defendants*


SO ORDERED.


_____
RUDOLPH CONTRERAS
U.S. DISTRICT COURT JUDGE