# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., </br></br> *Plaintiffs*, </br></br> v. </br></br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,, </br></br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:24-cv-01702 |

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Maura Smyles, hereby certify under Local Civil Rules 83.2(f) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the District of Columbia Bar. My D.C. Bar number is 90006775.

2. I am employed by Jenner & Block LLP.

3. I am representing Plaintiffs Las Americas Immigrant Advocacy Center, and Refugee and Immigrant Center for Education and Legal Services in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Keren Zwick of the National Immigrant Justice Center, Melissa Crow of the Center for Gender & Refugee Studies, Lindsay Harrison and Matthew E. Price of Jenner & Block LLP, Lee Gelernt and Cody Wofsy of the American Civil Liberties Union Foundation, Arthur B. Spitzer and Scott Michelman of the American Civil Liberties Union Foundation of the District of Columbia, and

-2-

Tamara Goodlette of the Texas Civil Rights Project, who are members of the Bar of the United States District Court for the District of Columbia.

5. Pursuant to Local Civil Rules 83.2(f) and 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Respectfully submitted,

Dated: 11/15/2024

/s/ Maura Smyles_____
Maura Smyles
JENNER & BLOCK LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
Telephone:  +1 202 639 6000
MSmyles@jenner.com