# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCATE CENTER, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 24-1702 (RC) |
| v. | : : | Re Document Nos.: | 15, 57 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : : : | | |
| Defendants. | : | | |

## ORDER

### GRANTING PLAINTIFFS' UNOPPOSED MOTIONS FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND TO FILE SUPPORTING EXHIBITS UNDER SEAL

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motions to proceed under pseudonyms and to file supporting exhibits under seal (ECF Nos. 15 and 57) are **GRANTED**.

**SO ORDERED**.

Dated: November 18, 2024                                    RUDOLPH CONTRERAS
                                                                                 United States District Judge