AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-01702 |
| U.S. DEPARTMENT OF HOMELAND SECURITY ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

K.C., J.N., J.S., L.B., R.C., M.F., W.O., E.M., E.C., A.L., S.O., L.Q., J.G., J.L., G.F., R.R., J.E.

Date: 12/10/2024

*Attorney's signature*

Keren Zwick (D.D.C. Bar. No. IL0055)
*Printed name and bar number*

National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
*Address*

kzwick@immigrantjustice.org
*E-mail address*

(312) 660-1364
*Telephone number*

(312) 660-1505
*FAX number*