# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., ) ) *Plaintiffs*, ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, et al., ) ) *Defendants*. ) | No. 1:24-cv-01702-RC |

## NOTICE OF WITHDRAWAL

Plaintiffs Las Americas Immigrant Advocacy Center and Refugee and Immigrant Center for Education and Legal Services ("Organizational Plaintiffs") respectfully provides notice that one of their counsel, Matthew E. Price of Jenner & Block LLP, is withdrawing his appearance on behalf of Organizational Plaintiffs in these consolidated matters. Mr. Price is leaving Jenner & Block LLP effective December 10, 2024, and will no longer be representing Organizational Plaintiffs in this matter. Organizational Plaintiffs will continue to be represented in this matter by other counsel of record and accordingly will not be prejudiced by the withdrawal of Mr. Price.

1

WHEREFORE, Organizational Plaintiffs respectfully request that Matthew E. Price of Jenner & Block LLP be granted leave to withdraw his appearance on behalf of Organizational Plaintiffs in this matter.

Dated: December 10, 2024          Respectfully submitted,

/s/ Matthew E. Price

Matthew E. Price
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
(202) 639-6873
mprice@jenner.com

## CERTIFICATE OF SERVICE

On December 10, 2024, I caused the foregoing motion to be served on all counsel of record by filing it using the Court's CM/ECF system.

<u>/s/ Matthew Price</u>