**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., )<br>)<br>    *Plaintiffs*, )<br>)<br>    v. )<br>)<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al. )<br>)<br>    *Defendants*. )<br>)<br>_____ ) | No. 1:24-cv-01702 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL JOINT APPENDIX**

Plaintiffs respectfully request an extension of time from January 2, 2025 until January 10, 2025 to file the supplemental joint appendix containing portions of the administrative record relied upon in the supplemental summary judgment briefing pursuant to Local Rule 7(n). Defendants consent to this request for an extension.

Dated: January 2, 2025

Respectfully submitted,

/s/ Lindsay Harrison
Lindsay Harrison (D.C. Bar #977407)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
*lharrison@jenner.com*

*Attorney for Organizational Plaintiffs*