# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al., </br></br>*Plaintiffs*, </br></br> v. </br></br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al. </br></br>*Defendants*. | No. 1:24-cv-01702 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' consent motion for an extension of time to file the supplemental joint appendix of the administrative record,

IT IS ORDERED that the supplemental joint appendix shall be filed on or before January 10, 2025.

SO ORDERED.

_____
HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

1