IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, <br><br> *Plaintiffs*, <br> v. <br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants.* | No. 1:24-cv-01702-RC |

**[PROPOSED] ORDER REQUESTING EMERGENCY STATUS HEARING AND SUPPLEMENTAL BRIEFING**

Upon consideration of Plaintiffs' motion requesting an emergency status conference and supplemental briefing in light of the January 20, 2025, action terminating use of the smartphone application CBP One, IT IS ORDERED that the parties:

Appear before this Court at _____ using the Court's video hearing platform.

It is FURTHER ORDERED that the parties submit supplemental briefing as follows:

Plaintiffs' supplemental brief, not to exceed 10 pages, is due Friday, January 24, 2025;

Defendants' opposition brief, not to exceed 10 pages, is due Thursday, January 30, 2025;

Plaintiffs' reply, not to exceed 5 pages is due Monday, February 3, 2025.

IT IS SO ORDERED.

DATED: _____       _____
                                            Hon. Rudolph Contreras
                                            United States District Judge