# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, et al. <br>    *Plaintiff*, <br><br> v. <br><br> U.S DEPARTMENT OF HOMELAND SECURITY, et al. <br>    *Defendants,* <br><br> and <br><br> STATE OF TEXAS, <br>    [Proposed] *Intervenor-Defendant*. | No. 1:24-CV-01702 |

## PROPOSED INTERVENOR-DEFENDANT'S
## NOTICE OF APPEARANCE OF COUNSEL

Proposed Intervenor State of Texas ("Texas") files this Notice of Appearance and hereby notifies the Court that Garrett Greene will appear as its counsel in the above-captioned case along with counsel listed below. Mr. Greene is a member in good standing with the State Bar of Texas and is authorized to practice before this Court. His contact information is contained in the signature block below.

Date: January 23, 2025

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

**RYAN D. WALTERS**
Chief, Special Litigation Division

Respectfully submitted,

*/s/Garrett Greene*
**GARRETT GREENE**
Special Counsel
Texas Bar No. 24096217
Garrett.Greene@oag.texas.gov

**KATHLEEN T. HUNKER**
Special Counsel
Texas Bar No. 24118415
Kathleen.Hunker@oag.texas.gov

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: 512-463-2100
Fax: 512-457-4410

**COUNSEL FOR PROPOSED DEFENDANT-INTERVENOR STATE OF TEXAS**