**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, | : : : : | |
| Plaintiffs, | : : | Civil Action No.:   24-1702 (RC) |
| v. | : : | Re Document No.:   71 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : : : : | |
| Defendants. | : | |

## ORDER

### DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for a temporary restraining order (ECF No. 71) is **DENIED**.

**SO ORDERED**.


Dated:  February 6, 2025                                                                RUDOLPH CONTRERAS
                                                                                                         United States District Judge