DREW C. ENSIGN
*Deputy Assistant Attorney General*

EREZ REUVENI
*Assistant Director*

CHRISTINA P. GREER
PATRICK GLEN
DAVID KIM
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Las Americas Immigrant Advocacy Center, *et al.*, | Civil Action No. 1:24-cv-01702 |
| Plaintiffs, | |
| v. | |
| U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF PARTIES**

i

On February 18, 2025, the Court entered the following Minute Order:

MINUTE ORDER: Pursuant to Federal Rule of Civil Procedure 25(d), the parties are hereby ORDERED to meet, confer, and substitute the appropriate successors for any Defendants, sued in their official capacities, who no longer hold office. It is FURTHER ORDERED that the parties shall effect such substitution on or before February 25, 2025. SO ORDERED.

On February 19, 2025, the Parties conferred via email and agreed that the following Parties should be automatically substituted under Federal Rule of Civil Procedure 25(d):

- Kristi Noem, Secretary of Homeland Security, is substituted for Alejandro N. Mayorkas, former Secretary of Homeland Security;

- Kika Scott, Senior Official Performing the Duties of the Director of U.S. Citizenship and Immigration Services, is substituted for Ur Mendoza Jaddou, former Director of U.S. Citizenship and Immigration Services;

- Pete R. Flores, Acting Commissioner for U.S. Customs and Border Protection, is substituted for Troy A. Miller, former Senior Official Performing the Duties of Commissioner for U.S. Customs and Border Protection;

- Caleb Vitello, Acting Director of U.S. Immigration and Customs Enforcement, is substituted for Patrick J. Lechleitner, former Acting Director of U.S. Immigration and Customs Enforcement;

- Pamela Bondi, Attorney General of the United States, is substituted for Merrick B. Garland, former Attorney General of the United States; and,

- Sirce E. Owen, Acting Director of the Executive Office for Immigration Review, is substituted for Mary Cheng, former Acting Director of the Executive Office for Immigration Review.

Dated: February 25, 2025            Respectfully submitted,

                                           DREW C. ENSIGN
*Deputy Assistant Attorney General*

                                           EREZ REUVENI
*Assistant Director*

                                           CHRISTINA P. GREER
PATRICK GLEN
DAVID KIM
KATHERINE J. SHINNERS
*Senior Litigation Counsel*

By: /s/ *Brian C. Ward*
     BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

2

**CERTIFICATE OF CONFERENCE**

I certify that on February 19, 2025, I conferred with counsel for Plaintiffs on the information contained in this notice.

By: */s/ Brian C. Ward*
    BRIAN C. WARD
    Senior Litigation Counsel
    United States Department of Justice

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2025, I electronically filed this notice with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Brian C. Ward*
    BRIAN C. WARD
    Senior Litigation Counsel
    United States Department of Justice