UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 24-1702 (RC) |
| v. | : : | Re Document Nos.: | 19, 47 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : : : : | | |
| Defendants. | : | | |

### ORDER

**DENYING THE STATE OF TEXAS'S MOTION TO INTERVENE; DENYING IN PART AND GRANTING IN PART TEXAS'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, AMICUS BRIEF IN SUPPORT OF DEFENDANTS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the State of Texas's motion to intervene (ECF No. 19) is **DENIED**; and the State of Texas's motion for summary judgment or, in the alternative, amicus brief in support of Defendants (ECF No. 47) is **DENIED IN PART AND GRANTED IN PART**. It is hereby:

**ORDERED** that Texas's motion for intervention is denied, and it is

**FURTHER ORDERED** that Texas's motion for summary judgment is denied; and it is

**FURTHER ORDERED** that Texas's motion in the alternative for leave to file an amicus brief in support of Defendants is granted; and it is

**FURTHER ORDERED** that Texas's amicus brief be docketed as filed on 8/16/2024.

**SO ORDERED**.

Dated: February 26, 2025                                         RUDOLPH CONTRERAS
                                                                 United States District Judge