UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, : | |
| : | |
| Plaintiffs, : | Civil Action No.:   24-1702 (RC) |
| : | |
| v. : | Re Document Nos.:   23, 45 |
| : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

### GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for summary judgment (ECF No. 23) is **GRANTED IN PART AND DENIED IN PART**; and Defendants' cross-motion for summary judgment (ECF No. 45) is **GRANTED IN PART AND DENIED IN PART**. It is hereby:

**ORDERED** that the Final Rule's limitation on asylum eligibility be vacated and set aside; and it is

**FURTHER ORDERED** that the Final Rule's manifestation of fear requirement be vacated and set aside; and it is

**FURTHER ORDERED** that the Guidance's four-hour consultation window be vacated and set aside; and it is

**FURTHER ORDERED** that, given the Court's holding on severability, the provisions of the Final Rule not mentioned in this Order remain in effect; and that it is

**FURTHER ORDERED** that the individual Plaintiffs' removal orders and negative credible fear determinations be vacated.

**SO ORDERED**.

Dated: May 9, 2025                                                                  RUDOLPH CONTRERAS
                                                                                    United States District Judge