UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Las Americas Immigration Advocacy Center, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br>  Defendants. | Civil Action No. 1:24-cv-01702 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Undersigned counsel hereby notifies the Court of the withdrawal of Erez Reuveni and Erin Ryan as counsel of record for Defendants in this matter. Mr. Reuveni and Ms. Ryan are no longer with the Department of Justice. Defendants in this matter will continue to be represented by undersigned counsel.

Dated: July 10, 2025

Respectfully submitted,

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                By: */s/ Brian C. Ward*
                                                      BRIAN C. WARD
                                                      United States Department of Justice