# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 24-1702 (RC) |
| v. | : : | Re Document No.: | 93 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : : : | | |
| Defendants. | : | | |

# ORDER

**DENYING PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(E)**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion to alter or amend the judgment (ECF No. 93) is **DENIED**.

**SO ORDERED**.

Dated: July 28, 2025                                                                                      RUDOLPH CONTRERAS
                                                                                                         United States District Judge