**In the United States District Court
for the District of Columbia**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER et al., *Plaintiffs,* v. U.S. DEPARTMENT OF HOMELAND SECURITY et al., *Defendants.* | Case No. 1:24-cv-01702-RC **NOTICE OF AUTOMATIC SUBSTITUTION OF OFFICIAL-CAPACITY PARTIES** |

PLEASE TAKE NOTICE of the following automatic substitutions in accordance with Fed. R. Civ. P. 25(d):

- "ALEJANDRO N. MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity," is replaced by "KRISTI NOEM, U.S. Secretary of Homeland Security, in her official capacity."

- "UR MENDOZA JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity," is replaced by "JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services, in his official capacity."

- "TROY A. MILLER, Senior Official Performing the Duties of Commissioner for U.S. Customs and Border Protection, in his official capacity," is replaced by "RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity."

- "PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement, in his official capacity," is replaced by "TODD M. LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity."

- "MERRICK B. GARLAND, Attorney General of the United States, in his official capacity," is replaced by "PAMELA BONDI, Attorney General of the United States, in her official capacity."

- "MARY CHENG, Acting Director of the Executive Office for Immigration Review, in her official capacity," is replaced by "SIRCE E. OWEN, Acting Director of the Executive Office for Immigration Review, in her official capacity."

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Brian C. Ward**
Acting Assistant Director
Office of Immigration Litigation

2

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar. No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
christopher.i.pryby@usdoj.gov

Dated: August 27, 2025                           *Counsel for Defendants*

## Certificate of Service

      I certify that I served this document on August 27, 2025, by filing it with this Court's CM/ECF system, which will email a notice of docket activity to counsel for all other parties.

Dated: August 27, 2025                             s/Christopher Ian Pryby  
                                                                        **Christopher Ian Pryby**