**In the United States District Court
for the District of Columbia**

| | |
|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER et al., <br><br>*Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY et al., <br><br>*Defendants.* | Case No. 1:24-cv-01702-RC <br><br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that all Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court, docketed at ECF No. 91.

                                                      Respectfully submitted,

                                                     **Brett A. Shumate**
                                                     Assistant Attorney General
                                                     Civil Division

                                                   **Ernesto H. Molina**
                                                   Deputy Director
                                                   Office of Immigration Litigation

2

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar. No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
christopher.i.pryby@usdoj.gov

Dated: August 27, 2025                    *Counsel for Defendants*

## Certificate of Service

  I certify that I served this document on August 27, 2025, by filing it with this Court's CM/ECF system, which will email a notice of docket activity to counsel for all other parties.

Dated: August 27, 2025              s/Christopher Ian Pryby
                              **Christopher Ian Pryby**