**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LAS AMERICAS IMMIGRANT ADVOCACY CENTER, *et al.*, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:24-cv-01702-RC |
| v. | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| *Defendants*. | ) ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.6(b), the undersigned respectfully submits this notice of withdrawal of appearance for attorney Andrew L. Osborne of Jenner & Block LLP. Mr. Osborne is leaving Jenner & Block LLP today, December 31, 2025, and will no longer be representing Plaintiffs in this matter. Plaintiffs will continue to be represented in this matter by other counsel of record.

Dated: December 31, 2025

Respectfully submitted,

/s/ Lindsay C. Harrison
Lindsay C. Harrison (D.C. Bar #977407)
Mary E. Marshall (D.C. Bar #1739058)
Maura E. Smyles (D.C. Bar #90006775)*
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
T: 202-639-6000
*lharrison@jenner.com*
*mmarshall@jenner.com*
*msmyles@jenner.com*

2

Melissa Root*
Andrew L. Osborne*
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
T: 312-222-9350
*mroot@jenner.com*
*aosborne@jenner.com*

*Counsel for Plaintiffs*

*\*Admitted via certificate of pro bono representation or pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court for the District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Lindsay C. Harrison

Lindsay C. Harrison